AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# 07 C 6494

### SUMMONS IN A CIVIL CASE

Ellis Tino Smith,

JUDGE GETTLEMAN
MAGISTRATE JUDGE BROWN

CASE NUMBER:

V.

ASSIGNED JUDGE:

City of Chicago, et al.,

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

City of Chicago
121 North LaSalle Street, Room 107
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 312-795-9595

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears. be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

**November 15, 2007**

**(By) DEPUTY CLERK**

**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 11/27/07 |
| NAME OF SERVER *(PRINT)*   Thomas Murphy | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Hand-delivered to Maybelline Coleman, Payment Service Rep., Room 107, Chicago City Hall, 121 North LaSalle Street, Chicago Illinois 60602

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/27/07___          _____
                    Date                    Signature of Server

LAW OFFICES OF LAWRENCE V. JACKOWIAK
20 N. CLARK, SUITE 1700
CHICAGO, IL 60602
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.