IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELLIS TINO SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 07 C 6494 |
| | ) | |
| CITY OF CHICAGO; | ) | Judge Gettleman |
| Chicago Police Officers | ) | Magistrate Brown |
| MICHAEL MALINOWSKI, Star 7028; and | ) | |
| VLADAN MILENKOVIC, Star 16135; | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS MALINOWSKI AND MILENKOVIC'S AGREED MOTION TO EXTEND TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD

Defendants Chicago Police Officers MICHAEL MALINOWSKI and VLADAN MILENKOVIC (herein "Defendant Police Officers"), by their attorney, Sanjay H. Patel, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court for an extension of time, up to and including 1-28-08, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state as follows:

(1)   The undersigned counsel filed his Appearance for Defendant Police Officers on 12-31-08.

(2)   This matter was filed on 11-15-07. Summons and Complaint have been personally served upon Defendant Police Officers, individual defendants.

(3)   The undersigned have not yet been able to interview the police personnel necessary to answer or otherwise plead to Plaintiff's Complaint.

(4)   The undersigned also have ordered, but have not yet received, all of the Chicago Police Department records to enable Defendants to properly respond to Plaintiff's Complaint.

(5)     This motion is Defendants' first request for an extension of time to answer or otherwise plead.  Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

**WHEREFORE**, Defendant Police Officers requests that this Court to grant his motion for an extension of time to and including 1-28-08, to answer or otherwise plead to the complaint.

Respectfully submitted,

/s/  Sanjay Patel_____
SANJAY H. PATEL
Assistant Corporation Counsel
Attorney for Defendant Officers
30 NORTH LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO.  06272840

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELLIS TINO SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) NO. 07 C 6494 |
| | ) |
| CITY OF CHICAGO; | ) Judge Gettleman |
| Chicago Police Officers | ) Magistrate Brown |
| MICHAEL MALINOWSKI, Star 7028; and | ) |
| VLADAN MILENKOVIC, Star 16135; | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:   Lawrence Jackowiak
      20 N. Clark, suite 1700
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT POLICE OFFICERS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Gettleman, or before such other Judge sitting in his place or stead, on **10-9-07 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2319** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

I HEREBY CERTIFY that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION and DEFENDANT CHICAGO POLICE OFFICERS MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** to be sent via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files and by U.S. Mail on 31 Dec 07, in accordance with the rules on electronic filing of documents.

Respectfully submitted,
/s/  SanjayPatel
SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO. 06272840