IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELLIS TINO SMITH, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | NO. 07 C 6494 |
| | ) | |
| CITY OF CHICAGO; | ) | Judge Gettleman |
| Chicago Police Officers | ) | Magistrate Brown |
| MICHAEL MALINOWSKI, Star 7028; and | ) | |
| VLADAN MILENKOVIC, Star 16135; | ) | |
| | ) | |
| **Defendants.** | ) | |

## RENOTICE OF AGREED MOTION AND CERTIFICATE OF SERVICE

To:   Lawrence Jackowiak
    20 N. Clark, suite 1700
    Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT POLICE OFFICERS' AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Gettleman, or before such other Judge sitting in his place or stead, on **1-8-08 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1703** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

I HEREBY CERTIFY that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION and DEFENDANT CHICAGO POLICE OFFICERS MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** to be sent via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files and by U.S. Mail on 31 Dec 07, in accordance with the rules on electronic filing of documents.

Respectfully submitted,
/s/  SanjayPatel
SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO. 06272840