UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELLIS TINO SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO; )<br>Chicago Police Officers )<br>MICHAEL MALINOWSKI, Star 7028; and )<br>VLADAN MILENKOVIC, Star 16135; )<br>)<br>Defendants. ) | NO. 07 C 6494<br><br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE BROWN |

## NOTICE OF FILING

To: Lawrence V. Jackowiak
Louis Meyer
Law Offices of Lawrence V. Jackowiak
20 N. Clark St., Ste. 1700
Chicago, Illinois 60602
T: (312) 795-9595
*Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that on, Monday, January 28, 2008, the undersigned caused to be filed via the Court's ECF system Defendants' Joint Answer To Plaintiff's Complaint, Affirmative Defenses and Jury Demand, a copy of which is herewith served upon you.

Dated: January 28, 2008

Respectfully submitted,

/s/ *Christopher A. Wallace*
Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Defendants*

City of Chicago Department of Law
Individual Defense Litigation Division
30 N. LaSalle Street

Suite 1400
Chicago, Illinois 60602
T: (312) 742-6408
F: (312) 744-6566
ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on January 28, 2008, I caused a copy of the foregoing Notice of Filing to be served upon all counsel of record by filing the same before the Court via the Court's ECF system.

/s/ *Christopher Wallace*
Christopher Wallace