UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELLIS TINO SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6494 |
| | ) | |
| vs. | ) | Judge Gettleman |
| | ) | Magistrate Judge Brown |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### INITIAL STATUS REPORT

A. This matter is set for a status report on Thursday, February 7, 2008, at 9:00 a.m.

B. Lawrence V. Jackowiak, Louis J. Meyer and Daniel P. Kiss are the attorneys for the Plaintiff, Ellis Tino Smith. Sanjay Patel and Christopher Wallace are the attorneys for the Defendants, City of Chicago, Michael Malinowski, and Vladan Milenkovic.

C. This is a § 1983 case, the basis for jurisdiction is federal subject matter jurisdiction.

D. All parties request a jury trial.

E. Plaintiff asserts that during the course of a traffic stop on January 15, 2007, he was falsely arrested, his person and car were illegally searched.

F. Plaintiff seeks money damages.

G. All Defendants have been served.

H. Legal issues involve §1983 allegations, and any defenses.

I. Factual issues: Plaintiff claims false arrest, illegal search of person and car; Defendants claim that they acted reasonably.

J. Anticipated motions: possible summary judgment at the close of discovery.

K. Discovery has not yet begun. The parties propose 120 days for all discovery, and do not anticipate any experts at this time.

L.  Parties think they can be ready for trial in November 2008, unless summary judgment motions are filed.

M.  The parties have not yet had settlement discussions. The parties do believe that a settlement conference could be beneficial.

N.  There is not unanimous consent to trial before the magistrate judge.


Dated: February 4, 2008                                              Dated: February 4, 2008


/s/ Louis J. Meyer                                                   /s/ Christopher Wallace]
Law Offices of Lawrence V. Jackowiak                                 Assistant Corporation Counsel
20 North Clark Street, Suite 1700                                    30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602                                              Chicago, Illinois 60602
(312) 795-9595                                                       (312) 742-6408
*Attorney for Plaintiff*                                             *Attorney for Defendants*


Dated: February 4, 2008


/s/ Sanjay Patel
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-3902
*Attorney for Defendants*