UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Ellis Tino Smith
                    Plaintiff,

v.                                      Case No.: 1:07–cv–06494
                                                      Honorable Robert W. Gettleman

City Of Chicago, et al.
                    Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Geraldine Soat Brown for the purpose of holding proceedings related to: discovery supervision and settlement. (gds,) Mailed notice.

Dated: February 12, 2008

                                                            /s/ Robert W. Gettleman

                                                            United States District Judge