UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Ellis Tino Smith
                             Plaintiff,

v.                                            Case No.: 1:07−cv−06494
                                                  Honorable Robert W. Gettleman

City Of Chicago, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Geraldine Soat Brown : The referral of this matter having been assigned to Magistrate Judge Geraldine Soat Brown, an initial status hearing is hereby set before Magistrate Judge Brown on 03/03/08 at 9:00 a.m. in Courtroom 1812. The parties shall deliver a copy of an initial status report providing the information required by Judge Brown's Order Setting Initial Status Report to the Courtroom Deputy (Room 1808) three business days before the initial status hearing. See www.ilnd.uscourts.gov/JUDGE BROWN. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.