**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ELLIS TINO SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6494 |
| | ) | |
| vs. | ) | Judge Gettleman |
| | ) | Magistrate Judge Brown |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**INITIAL STATUS REPORT**

1.  Plaintiff asserts section 1983 claims alleging that during the course of a traffic stop he was falsely arrested, and his person and car were illegally searched.

2.  Plaintiff seeks monetary damages.

3.  All matters relating to discovery, nondispositive pretrial motions and settlement conferences have been referred to the magistrate judge.

4.  There are no pending motions.

5.  Plaintiff served Defendants with Rule 26(a)(1) Disclosures on January 4, 2008, and written discovery requests on February 8, 2008. Defendants served Plaintiff with Rule 26(a)(1) Disclosures and written discovery requests on February 7, 2008. Both parties anticipate taking the depositions of the witnesses listed in their Rule 26(a)(1) Disclosures.

6.  The parties do not unanimously consent to trial before a magistrate.

7.  Discovery is currently set to close on June 26, 2008.

8.  No settlement discussions have taken place.

Dated: February 27, 2008                    Dated: February 27, 2008


/s/ Louis J. Meyer                          /s/ Christopher Wallace
Law Offices of Lawrence V. Jackowiak        Assistant Corporation Counsel
20 North Clark Street, Suite 1700           30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602                     Chicago, Illinois 60602
(312) 795-9595                              (312) 742-6408
*Attorney for Plaintiff*                    *Attorney for Defendants*

Dated: <u>February 27, 2008</u>


<u>/s/ Sanjay Patel</u>
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-3902
*Attorney for Defendants*