## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **ELLIS TINO SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **NO. 07 C 6494** |
| | ) | |
| **CITY OF CHICAGO;** | ) | **Judge Gettleman** |
| **Chicago Police Officers** | ) | **Magistrate Brown** |
| **MICHAEL MALINOWSKI, Star 7028; and** | ) | |
| **VLADAN MILENKOVIC, Star 16135;** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS MOTION TO COMPEL
## PLAINTIFF TO RESPOND TO DISCOVERY

Defendants, the City of Chicago, and Police Officers Vladan Milenkovic and Michael Malinowski, by and through one of their attorneys, Sanjay H. Patel, Assistant Corporation Counsel of the City of Chicago Department of Law, respectfully move the court pursuant to Rule 37(d) to compel plaintiffs to respond to Defendant City of Chicago's First Set of Interrogatories Directed to Plaintiff and First Request for Production of Documents Directed to plaintiff.

## PROCEDURAL HISTORY

Plaintiff filed his complaint against Defendants on November 15, 2007. This lawsuit stems from a January, 2007 arrest wherefrom plaintiff allege the Defendants violated his federal rights as protected under the United States Constitution. Plaintiff also brings state law claims. Defendant Officers answered plaintiff's complaint on January 28, 2008. On February 7, 2008, the Judge Gettleman set a discovery closure date for June 26, 2008. (*See* Docket Entry (D.E.) 21). On February 12, 2008, Judge Gettleman referred this case to Magistrate Judge Brown to supervise discovery. (See D.E. 22).

## **ARGUMENT**

1.      On February 7, 2008, plaintiff was served with a notice for his deposition set for March 12, 2008, and Defendant City of Chicago's First Set of Interrogatories and Request for Production of Documents, pursuant to Federal Rules of Civil Procedure 33 and 34.  (*See* Exhibit A, Notice of Deposition, attached hereto; Exhibit B, Defendant City of Chicago's First Set of Interrogatories directed to plaintiff, attached hereto; Exhibit C, Defendant City of Chicago's First Request for Production of Documents directed to plaintiff, attached hereto).  To date plaintiff has failed to answer this discovery or request additional time.

2.      Plaintiff's written discovery responses were due on March 8, 2008.

3.      On March 10, 2008, counsel for Defendants spoke with plaintiff's attorneys Louis Meyer and Daniel Kiss regarding plaintiff's overdue discovery responses.  Neither Mr. Meyer nor Mr. Kiss was able to provide any date range within which Defendants could expect plaintiff's responses.  Defendants' counsels thereafter cancelled plaintiff's scheduled deposition for March 12, 2008.

4.      On March 18, 2008, the undersigned counsel sent a letter to plaintiff's counsel requesting a date by which Defendants can expect plaintiff's discovery responses.  (*See* Exhibit D).  Plaintiff's counsel did not respond.

5.      On March 25, 2008, Defendants delivered their discovery responses to plaintiff's first set of interrogatories and request for production of documents.  The undersigned counsel sent another letter to plaintiff's counsel requesting a response regarding plaintiff's overdue discovery responses.  (*See* Exhibit E).

6.      Counsels for plaintiff failed to timely respond to the outstanding discovery or request an extension to answer.

7.    The undersigned did not receive a phone call or other correspondence from plaintiff's counsels regarding the outstanding discovery.

8.    Having received no word from plaintiff's counsels despite attempts to resolve the current discovery dispute, the undersigned seeks court intervention to mandate plaintiff respond to the outstanding discovery.

9.    The undersigned has fully complied with the obligations under Local Rule 37.2 to engage in personal consultation with plaintiff's counsel, and has made good faith attempts to resolve this discovery dispute prior to the filing of this motion and requesting the Court's intervention.  However, as outlined above, these efforts have been unsuccessful.

10.    Discovery in this matter is to close on June 26, 2008.  Plaintiff's delay in responding to the outstanding discovery prejudices Defendants ability to defend themselves against plaintiff's several claims.

11.    Defendants request pursuant to Fed. R. Civ. P. 37(d) that the Court compel plaintiff to respond to the outstanding discovery within twenty-four (24) hours of an order granting the instant motion and that reasonable fees and costs be assessed against plaintiff for their delay in answering the outstanding discovery and the need for the instant motion.


**WHEREFORE**, Defendants request that this Honorable Court compel Plaintiff to answer the outstanding discovery within twenty-four (24) hours from entry of an order granting the instant motion, assess costs and fees against plaintiff, and order such other relief as this Court deems just and appropriate.

Dated: March 31, 2008

Respectfully submitted,

*/s/ SanjayPatel*
Sanjay H. Patel
Assistant Corporation Counsel

City of Chicago Department of Law
Individual Defense Litigation Division
30 N. LaSalle St., Suite 1400
Chicago, IL 60602
T: (312) 742-3902
ARDC # 6272840