# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ELLIS TINO SMITH,                )
                                 )
                Plaintiff,       )
                                 )
        v.                       )        No.  07 C 6494
                                 )
CITY OF CHICAGO;                 )        JUDGE GETTLEMAN
Chicago Police Officers          )        MAGISTRATE JUDGE BROWN
MICHAEL MALINOWSKI, Star 7028; and )
VLADAN MILENKOVIC, Star 16135;   )
                                 )
                Defendants.      )

## NOTICE OF DEPOSITION

To:   Lawrence V. Jackowiak
      Louis Meyer
      Law Offices of Lawrence V. Jackowiak
      20 N. Clark St., Ste. 1700
      Chicago, Illinois 60602
      P: (312) 795-9595
      *Attorney for Plaintiff*


        **YOU ARE HEREBY NOTIFIED THAT** pursuant to the Federal Rules of Civil Procedure, the undersigned will take the deposition of the following person before a Notary Public or other authorized officer in Room 1400, 30 North La Salle Street, Chicago, Illinois on the dates and times indicated:

**Deponent's name:**   **Ellis Tino Smith**
**Date:**              **Wednesday, March 12, 2008**
**Time:**              **10:00 a.m.**

        **I CERTIFY** that I have delivered via hand delivery a copy of this Notice to those named above, this seventh day of February, 2008.

                                Respectfully submitted,


                                Christopher A. Wallace
                                Assistant Corporation Counsel
                                *Attorney for Defendants*

                                City of Chicago Department of Law
                                30 N. LaSalle St., Suite 1400



Chicago, IL 60602
T: (312) 742-6408

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELLIS TINO SMITH,                              )
                                               )
                         Plaintiff,            )
                                               )
            v.                                 )        NO.  07 C 6494
                                               )
CITY OF CHICAGO;                               )        JUDGE GETTLEMAN
Chicago Police Officers                        )        MAGISTRATE JUDGE BROWN
MICHAEL MALINOWSKI, Star 7028; and             )
VLADAN MILENKOVIC, Star 16135;                 )
                                               )
                         Defendants.           )

### DEFENDANT CITY OF CHICAGO'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF ELLIS TINO SMITH

Defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel

for the City of Chicago, propounds the following First Set of Interrogatories Directed to

Plaintiff Ellis Tino Smith to be answered fully in writing and under oath within thirty (30)

days of service.


        1.      State your full name and all other names, nicknames or street names that you
have ever used, as well as your current residence address and all residential addresses within
the last ten (10) years, date and place of birth, marital status, name of spouse, any divorces,
when and to whom, driver's license number and issuing state, and social security number.

ANSWER:




        2.      List each high school, college, university, graduate school, trade or technical
school which you have attended.  With respect to each school, please state your dates of
attendance, the degrees or certificates, if any, you received and when you received them, and
whether you were ever the subject of any disciplinary proceeding(s) in any of the schools.


ANSWER:



3.      State the full name and current residence address of each person you believe or contend witnessed or claims to have witnessed the occurrence that is the subject of this suit (hereinafter referred to as "the occurrence"), and as to each such witness, briefly describe what you believe that witness may have seen.  If you do not have a current residence address for any witness, please provide any last known address or phone number you have for that witness.

ANSWER:

4.      With respect to the conduct and acts of any police officer defendant which you claim was improper, abusive or illegal and took place during the occurrence complained of in your last filed Complaint, please state in detail:

> (a)     each action or failure to act which subjects any police officer defendant to liability;
> (b)     the nature of the injury you suffered as a result of each police officer defendant's conduct;
> (c)     the physical contact, if any, that occurred between you and each police officer defendant that you allege was improper, abusive or illegal;
> (d)     whether you resisted in any way efforts to place you under arrest, and if so, describe your actions in resisting and state the reason you resisted; and
> (e)     whether you used any force on any police officer defendant, and if so, describe that force.

ANSWER:

5.      With regard to each action or failure to act set forth in response to interrogatory 4 above, please identify by name or physical description which officer defendant you contend is responsible for the particular act or failure to act you complain of.

ANSWER:

7.      Besides the occurrence set forth in your Complaint, have you ever filed any complaints against any law enforcement personnel?  If so, state the name of the law

2

enforcement agency, the name of the law enforcement personnel complained of, the date the complaint was made, and the date and location of the underlying incident forming the basis of the complaint.

ANSWER:

       8.     Describe in detail any and all personal injuries (physical, emotional or mental) sustained by you as a result of the occurrence described in the Complaint, including the nature, extent and duration of each injury.

ANSWER:

       9.     With regard to treatment for the injuries you claim you sustained as a result of the occurrence described in the Complaint, state:

         (a)    The name and address of each hospital, clinic or health care facility attended;
         (b)    The name and address of each attending physician and/or healthcare professional;
         (c)    The name and address of each consulting physician and/or other health care professional;
         (d)    The name and address of each person and/or laboratory taking any x-ray, MRI and/or other radiological tests of you;
         (e)    The date(s) on which each physician, healthcare professional or hospital rendered you service;
         (f)    The amounts to date of the respective bills for services from each physician, healthcare professional or hospital.

ANSWER:

      10.    For each full or part-time occupation or job you have held during the last ten years, please state the full name and address of each employer, the dates employment commenced and terminated, a brief description of the services or work performed, the weekly average wages or earnings, and the annual income as reported to the IRS for the years 2002-2007 inclusive.

ANSWER:

3

11.    If you were unable to work as a result of any injuries you claim resulted from occurrence described in the Complaint, please provide the dates you were unable to work, the amount of wages and/or income loss claimed by you, and how that amount was calculated.

ANSWER:

12.    State any and all other expenses and/or monetary losses you claim as a result of the occurrence.  As to each expense and/or loss, state the date(s) it was incurred, the name of the person, firm and/or company to whom such amount is owed, whether the expense and/or loss has been paid and, if so, by whom it was paid, and describe the reason and/or purpose for each expense and/or loss.

ANSWER:

13.    Prior to or since the occurrence complained of in your Complaint, have you ever been admitted to any hospital or other medical or psychiatric institution or healthcare facility, or sought treatment at any emergency room of any hospital or medical institution, received any x-rays, MRIs or Cat-scans, or been under the treatment and care of any physician or healthcare professional?  If so, please identify

   a)    the name, address and phone number of each such healthcare professional, hospital, clinic, psychiatric institution or healthcare facility;
   b)    the approximate dates of the confinement, treatment or service;
   c)    the reason for such confinement, treatment or service and the nature of the injuries and/or illness requiring such treatment

ANSWER:

14.    Are you claiming any psychiatric, psychological and/or emotional injuries as a result of this occurrence?  If so, state:

   (a)    The symptoms of any such psychiatric, psychological and/or emotional injury and how such injury affects your life;
   (b)    The nature, extent and duration of any treatment for such psychiatric, psychological and/or emotional injury claimed;

4

(c)     The name and address of each psychiatrist, physician, psychologist, therapist or other healthcare professional providing treatment for each injury;

(d)     Whether you had suffered any psychiatric, psychological and /or emotional injury <u>prior</u> to the date of the occurrence described in the Complaint; and

(e)     If the answer to (d) is yes, please state when and the nature of any psychiatric, psychological and/or emotional injury, and the name and address of each psychiatrist, physician, psychologist, therapist or other health care professional rendering you treatment for such injury.

ANSWER:

15.     Please describe your whereabouts (physical locations and activities) during the 24 hours preceding the occurrence set forth in your Complaint, and continuing through until your encounter with defendant officers.  For each location/activity, list the name and last known address of each person present at each location/activity.

ANSWER:

16.     Have you ever been involved in any civil action, including workers' compensation actions, either as a defendant or plaintiff?  If so, state:

(a)     The date, court and docket number of each action filed;

(b)     The name of the parties involved and the attorneys representing each party;

(c)     Describe the nature of each such action;

(d)     A description of any injuries claimed;

(e)     The disposition of each such action, whether there was an appeal, and if so, the result thereof, including the name and citation of each case; and

(f)     The amount of any settlement or judgment obtained in each such case.

ANSWER:

17.     Have you ever been arrested for any crime (including any traffic offenses or ordinance violations) in Illinois and/or elsewhere?  If so, for each arrest, please state:

(a)     The date and location of each arrest;

5

> (b)    The charge(s) placed against you;
> (c)    The name and location of each court where you were prosecuted;
> (d)    The court file number (i.e., docket number);
> (e)    The disposition;
> (f)    Any and all fines or sentences imposed; and
> (g)    The name and address of any attorneys who represented you.

ANSWER:

18.    Had you consumed any alcoholic beverage or street or illegal drugs within 12 hours immediately prior to the occurrence?  If so, state the names and addresses of the persons from whom it was obtained, when and where it was consumed, the particular kind and amount of alcoholic beverage or drug you consumed, and the name and current residence address of all persons known by you to have knowledge concerning that consumption of alcoholic beverages and/or drugs by you.

ANSWER:

19.    Had you used any prescription drugs or medications within 24 hours immediately prior to the occurrence?  If so, state the names and address of the persons from whom it was obtained, where it was used, the particular kind and amount of drug or medication you used, and the names and current residence addresses of all persons known by you to have knowledge concerning the use of that drug or medication.

ANSWER:

20.    Have you (or has anyone acting on your behalf) had any conversations, or do you know of any statements, with or by any person at any time with regard to the facts of the occurrence complained of, or have you overheard any statements made by any person at any time with regard to the injures complained of by plaintiff or to the facts of the occurrence complained of?  If the answer to this interrogatory is yes, state the following:

> (a)    The date or dates of such conversations and/or statements;
> (b)    The place of such conversations and/or statements;
> (c)    All persons present for the conversations and/or statements;
> (d)    The matters and things stated by the person in the conversations and/or statements;
> (e)    Whether the conversations were oral, written and/or recorded; and
> (f)    Who has possession of the statements if written and/or recorded.

ANSWER:

21.      Are you currently or have you ever received or applied for any disability benefits from any source for any physical, mental or emotional illness, or injury, including, but not limited to, a private employer, a private insurer, the Social Security Administration, the Illinois Department of Public Aid, etc.?  If so, list as to each benefit:

(a)      the name and address of the source of the benefit;
(b)      the nature of the disability involved;
(c)      the period of time (month and year) during which  the disability benefit was provided; and,
(d)      the nature and amount of the benefit;
(e)      if denied benefits, the approximate dates of application and denial.

ANSWER:

22.      Do you intend to call any expert witnesses at trial? If yes, state:

(a)      The names and address(es) of said expert witnesses;
(b)      A summary of the testimony that you expect said expert witnesses to present.

ANSWER:

23.      List the names and last known addresses and phone numbers of all other persons (other than yourself and persons already listed) who have knowledge of the facts of the occurrence and/or the injuries and damages claimed to have resulted therefrom, and as to each such witness, briefly describe the nature of the facts or knowledge you believe that witness may possess.

ANSWER:

24.      Are you the owner of the following vehicle – 2007 Cadillac VIN 3GYFK62897G222336, the vehicle impounded as a result of your arrest?  If so, state:

a)    for how long you have owned the vehicle;
b)    from whom you purchased the vehicle and for how much;
c)    where the vehicle was purchased;

7

     d)  where the vehicle was registered on January 15, 2007;
     e)  where the vehicle is currently located;
     f)  where the vehicle is currently registered;
     g)  the license plate number for the vehicle.

ANSWER:

25.    Do you currently hold or have you in the last three years held, a driver's license in any state other than Illinois? If so, identify the state, the year issued, the license number, and whether or not it has ever been suspended or revoked, including the dates for the suspension and/or revocation.

DATED: February 7, 2008

Respectfully submitted,

City of Chicago
Mara S. Georges
Corporation Counsel

By: _____
Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Defendant City of Chicago*

City of Chicago Department of Law
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
T: (312) 742-6408
F: (312) 744-6566

8

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on February 7, 2008, I caused a copy of Defendant City of Chicago's First Set of Interrogatories Directed to Plaintiff Ellis Tino Smith to be served upon:

Lawrence V. Jackowiak
Louis Meyer
Law Offices of Lawrence V. Jackowiak
20 N. Clark St., Ste. 1700
Chicago, Illinois 60602
T: (312) 795-9595
*Attorney for Plaintiff*

by hand delivery.

Christopher Wallace

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELLIS TINO SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 C 6494 |
| | ) | |
| CITY OF CHICAGO; | ) | JUDGE GETTLEMAN |
| Chicago Police Officers | ) | MAGISTRATE JUDGE BROWN |
| MICHAEL MALINOWSKI, Star 7028; and | ) | |
| VLADAN MILENKOVIC, Star 16135; | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT CITY OF CHICAGO'S
## FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the

City of Chicago, requests pursuant to Rule 34 of the Rules of Civil Procedure, that Plaintiff Ellis

Tino Smith produce the following documents and tangible items within 30 days.

1.      All documents relating to the occurrences alleged in the Complaint, including but not

limited to, any and all statements, reports, photographs, audio or video tapes, investigative reports,

court records, transcripts, orders, pleadings or any court papers, and/or opinions and statements of

Plaintiff, any witness or police officer regarding each occurrence alleged in the Complaint.

2.      All physical evidence relating to the allegations contained in the Complaint, including

but not limited to all pictures of you and pictures, diagrams and plans of the location(s) of the

incidents alleged in your Complaint and any and all pictures of the vehicle impounded during this

occurrence; all demonstrative aids prepared for use by you in pursuing this lawsuit.

3.      All documents relating to the injuries and damages you claim resulted from the

occurrence alleged in your Complaint.

EXHIBIT
C

4.    All documents examined or relied on by any expert witnesses who will be called to testify at trial.

5.    All reports or opinions prepared by any expert witnesses who will be called to testify at trial.

6.    A curriculum vitae for each and every expert who will be called to testify at trial and copies of all articles, reports or professional papers published by said expert and copies of any transcripts of deposition, trial or other testimony given by that expert.

7.    All documents, communications, letters, emails or other written communication exchanged between any expert witness and plaintiff's counsel.

8.    All documents relating to your present or past physical, mental or psychological condition including hospital and doctors' records, all doctors' reports (including reports prepared by any psychiatrist, psychologist, mental or other health care practitioner or facility), insurance claims made, drug tests taken, medical and mental health records and bills relating to your injuries and damages as well as prior medical and mental health history.

9.    Any and all documents referred to or identified in response to Defendant City of Chicago's First Set of Interrogatories.

10.    All documents relating to any conviction, arrest, traffic stop, detention, commitment or incarceration of you by any individual, governmental entity, juvenile authority or law enforcement agency, including but not limited to the Defendants, Chicago Police Department, Cook County, the State of Illinois, U.S. Marshals' Service and the Federal Bureau of Investigation (F.B.I.).

11.    All documents relating to any civil action to which you have been a party in the past ten (10) years, including, but not limited to, depositions you have given and statements or affidavits you have signed under oath.

12.    All photographs, tapes (video and audio), slides, movies, pictures, drawings,

2

demonstrative aid or other depictions of: (a) the scene of any of the occurrences or incidents alleged in the complaint, (b) the plaintiff or witnesses; (c) any injuries or other damages alleged by you; (d) media or news reports relating to the incidents alleged in the Complaint; and (e) any other tangible objects involved.

13.    The negatives for all photographs taken relating to this incident, including, but not limited to, those photographs taken of you, your injuries and the site of the incident.

14.    All documents relating to any loss of income you allegedly sustained as a result of the incidents or injuries which form the basis for the Complaint, including, but not limited to, all W-2 forms and income tax returns filed by you for the period of time from and including January 1, 2003 to the present, and all documents reflecting employment attendance, sick days or vacation days taken from employment from and including January 1, 2003 to the present.

15.    All documents relating to any insurance coverage you have or had for your alleged injuries, losses, or damages, including, but not limited to, policies, claim forms and correspondence.

16.    All documents relating to any of the Defendants, including but not limited to disciplinary files, employment records, court files, OPS investigations of the Defendants that you or your representatives have obtained in this litigation or at any time, excepting documents produced to you by Defendants in this litigation.

17.    All documents relating to communications or contacts which you or your representatives have had with any persons relating to the subject matter of the Complaint.

18.    All documents relating to each and every allegation of the Complaint.

19.    All documents indicating the identity, location and telephone number of any witness to the alleged incidents.

20.    Any and all documents that establish or prove your location and/or activities in the 24 hours preceding the encounter with defendant police officers described in your Complaint.

3

21.     Any and all documents you rely on to establish any claim for monetary loss or expense you incurred as a result of the occurrence described in your Complaint.

22.     Any and all documents you rely on to establish any mental, emotional or psychological injury resulting from the occurrence described in your Complaint.

23.     Any and all documents relating to the purchase, ownership, insurance coverage and registration of the vehicle you were driving on the date of this occurrence and that is the subject of your Complaint.


DATED:  February 7, 2008

                                        Respectfully submitted,

                                        City of Chicago
                                        Mara S. Georges
                                        Corporation Counsel

                                        By: _____
                                        Christopher A. Wallace
                                        Assistant Corporation Counsel
                                        *Attorney for Defendant City of Chicago*


City of Chicago Department of Law
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
T: (312) 742-6408
F: (312) 744-6566

4

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on February 7, 2008, I caused a copy of Defendant City of Chicago's First Request for Production of Documents to be served upon:

Lawrence V. Jackowiak
Louis Meyer
Law Offices of Lawrence V. Jackowiak
20 N. Clark St., Ste. 1700
Chicago, Illinois 60602
T: (312) 795-9595
*Attorney for Plaintiff*

by hand delivery.

Christopher Wallace

5



**City of Chicago**
**Richard M Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Sanjay H. Patel
Assistant Corporation Counsel
Individual Defense Litigation
30 North LaSalle
Suite 1400
Chicago, Illinois 60602

(312)742-3902
(312)744-6566(FAX)
(312) 744-2963 (TTY)
http://www.cityofchicago.org

March 18th, 2008

Lawrence Jackowiak
20 N. Clark St.
Suite 1700
Chicago, IL 60602

Via hand-delivery and facsimile: 312-795-1949

Re: <u>Smith</u>, 07 C 6494

Dear Counsel:

I have received your correspondence regarding Defendants responses to plaintiff's discovery requests. I can certainly have the verified responses delivered to your office by March 26th, 2008.

Also, I have not received plaintiff Tino Smith's answers to Defendant City of Chicago's written discovery requests, which were due on March 7th, 2008. In fact, we had to cancel your client's noticed deposition for March 12th, 2008. I had a conversation with Mr. Kiss on March 10th, 2008, and he informed me that he will contact me regarding when we can expect to receive plaintiff's responses. To date, I have not heard from any attorney from your office. Please contact me and inform me when I can expect plaintiff's answers.

Thank you for your attention to this matter.

Sincerely,

SANJAY H. PATEL
Assistant Corporation Counsel

EXHIBIT
D



**City of Chicago**
**Richard M Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Sanjay H. Patel
Assistant Corporation Counsel
Individual Defense Litigation
30 North LaSalle
Suite 1400
Chicago, Illinois 60602

(312)742-3902
(312)744-6566(FAX)
(312) 744-2963 (TTY)
sanjay.patel@cityofchicago.org
http://www.cityofchicago.org

March 25th, 2008

Lawrence Jackowiak
20 N. Clark St.
Suite 1700
Chicago, IL 60602

Via: hand-delivery

Re: <u>Smith</u>, 07 C 6494

Dear Counsel:

Please find enclosed Defendants responses to plaintiff's discovery requests and Rule 26(a)(1) supplemental disclosures.

To date, I have not received a response from your office regarding when I can expect to receive your client's responses to Defendants discovery requests. They were due March 7th. I last spoke with Mr. Kiss on March 10th who provided no indication when the responses will be tendered. If I do not receive a response from your office by March 28th, I will seek court intervention.

Thank you for your attention to this matter.

Sincerely,

SANJAY H. PATEL
Assistant Corporation Counsel

cc: Christopher Wallace

