IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELLIS TINO SMITH,　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　) | |
| 　　　　　**Plaintiff,**　　　　　　　) | |
| 　　v.　　　　　　　　　　　　　　　　) | NO. 07 C 6494 |
| 　　　　　　　　　　　　　　　　　　　) | |
| CITY OF CHICAGO;　　　　　　　　　　　) | Judge Gettleman |
| Chicago Police Officers　　　　　　　) | Magistrate Brown |
| MICHAEL MALINOWSKI, Star 7028; and　 ) | |
| VLADAN MILENKOVIC, Star 16135;　　　　) | |
| 　　　　　　　　　　　　　　　　　　　) | |
| 　　　　　**Defendants.**　　　　　　 ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:   LAWRENCE JACKOWIAK
　　　20 N. CLARK, SUITE 1700
　　　CHICAGO, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS MOTION TO COMPELL**.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge BROWN, or before such other Judge sitting in her place or stead, on **4-4-08 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1812** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION and MOTION** to be sent via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files and by U.S. Mail on 31 MAR 08, in accordance with the rules on electronic filing of documents.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　/s/  SanjayPatel
　　　　　　　　　　　　　　　　　　　　　SANJAY H. PATEL
　　　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel
　　　　　　　　　　　　　　　　　　　　　30 N. LA SALLE ST., SUITE 1400
　　　　　　　　　　　　　　　　　　　　　CHICAGO, ILLINOIS  60602
　　　　　　　　　　　　　　　　　　　　　(312) 742-3902
　　　　　　　　　　　　　　　　　　　　　ATTORNEY NO. 06272840