**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ellis Tino Smith

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:07–cv–06494
　　　　　　　　　　　　　　　　　　　Honorable Robert W. Gettleman

City Of Chicago, et al.

                Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, April 4, 2008:

    MINUTE entry before Judge Honorable Geraldine Soat Brown: Minute order docket entry [30] is hereby vacated. Amended order to follow.Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.