## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gentleman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6494 | **DATE** | 4/4/2008 |
| **CASE TITLE** | Ellis Tin Smith vs. City Of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Defendants' Motion to Compel [28].  Defendants' Motion to Compel [28] is entered and continued to 04/28/08 at 9:00 a.m.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | L.S. |
|---|---|---|