UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELLIS TINO SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6494 |
| | ) | |
| vs. | ) | Judge Gettleman |
| | ) | Magistrate Judge Brown |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**   Sanjay Patel, Christopher Wallace
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that at 9:15 a.m. on Tuesday, June 24, 2008, or as soon thereafter as counsel may be heard, I shall appear before Honorable Robert W. Gettleman, or any judge sitting in his stead, in courtroom 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, and present the accompanying **Plaintiff's Agreed Motion to Extend Discovery 60 Days**.

### CERTIFICATE OF SERVICE

I, Lawrence V. Jackowiak, certify that on Wednesday, June 18, 2008, this notice and the above-described motion were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Lawrence V. Jackowiak
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595