UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ellis Tino Smith
                Plaintiff,

v.                                          Case No.: 1:07–cv–06494
                                          Honorable Robert W. Gettleman

City Of Chicago, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: The parties advise the court that a settlement has been reached. Settlement conference set for 08/13/08 is stricken. Status hearing set for 08/28/08 at 9:45 a.m. If a stipulation to dismiss has been submitted in advance of that date, no one needs to appear on 08/28/08. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.