IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELLIS TINO SMITH, ) | |
| ) | No. 07 C 6494 |
| Plaintiff, ) | |
| ) | Judge Gettleman |
| vs. ) | |
| ) | Magistrate Judge Brown |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Louis Meyer
Ellis Tino Smith
Law Offices of Lawrence V. Jackowiak
20 N. Clark St., Suite 1700
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6290221
DATE: 8/12/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Sanjay Patel
Assistant Corporation Counsel
Attorney for City of Chicago and
defendants,
Vladan Milenkovic and Michael Malinowski
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-3902
Attorney No. 06272840
DATE: 8-12-08

07 C 6494