Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6494 | **DATE** | 8/18/2008 |
| **CASE TITLE** | Ellis Tino Smith    vs    City of Chicago, et al | | |

**DOCKET ENTRY TEXT:**

On stipulation, this cause is dismissed with prejudice and without costs and attorneys' fees. Status hearing date of 8/26/2008 is stricken.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|